IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAYMOND HATCHER,
individually and on behalf of
all others similarly situated                                PLAINTIFF

v.                          No. 3:17-cv-190-DPM

FRANK A. ROGERS & CO, INC.
and EDWARD SCOGGINS                                         DEFENDANTS

ORDER

1. Joint 26(f) report, № 13, noted and appreciated. The Court prefers its deadlines.

2. Stipulation on conditional certification of collective action, № 14, noted and appreciated. Motion, № 6, granted as modified: it is not a class; it is a group. Hatcher has made the preliminary showing of a similarly situated group of current and former employees. *Hoffman-La Roche, Inc. v. Sperling*, 493 U.S. 165, 169 (1989).

3. Agreed notice materials or objections to the exhibits to № 6 due by 10 November 2017.

4. The Final Scheduling Order will issue with one change: the August 2018 motion deadline will apply for final certification of a collective action, not conditional certification.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*31 October 2017*