IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAYMOND HATCHER,
individually and on behalf of
all others similarly situated                                   PLAINTIFF

v.                          No. 3:17-cv-190-DPM

FRANK A. ROGERS & CO., INC.
and EDWARD SCOGGINS                                            DEFENDANTS

ORDER

The Court appreciates the parties' joint stipulation on notice and disclosure, № 17. The agreed upon framework is solid. The proposed notice, consent forms, reminder postcard, and reminder text message are approved with tweaks. *№ 17-1, № 17-2, № 17-3, & № 17-4.* For clarity, please change the format of all dates to date/month/year, as shown in the schedule below. Please delete the dash in "hourly paid" each time that phrase appears. And please insert the joinder deadline, of course. The Court applauds the accurate references to the collective action and the group rather than to a class. Plaintiff's counsel may send these messages by regular mail and text message. Here's the schedule.

- Defendants produce spreadsheet          12 January 2018
- Notice period opens                     12 January 2018
- Deadline for initial notice             19 January 2018
- Deadline for thirty-day reminder
  by postcard or text message             19 February 2018
- Opt-in period closes                    16 April 2018

       * * *

Stipulation, № 17, approved as modified.

So Ordered.

      */s/ D.P. Marshall Jr.*
      D.P. Marshall Jr.
      United States District Judge

      4 January 2018