IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAYMOND HATCHER,
individually and on behalf of
all others similarly situated                                     PLAINTIFF

v.                      No. 3:17-cv-190-DPM

FRANK A. ROGERS & CO, INC.
and EDWARD SCOGGINS                                DEFENDANTS

## ORDER

The parties have informally advised the Court that they have settled in principle. Congratulations. The Amended Final Scheduling Order, № 29, is suspended. Joint motion with proposed settlement, and supporting papers, due by 8 November 2018 for review. *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); see also *Melgar v. OK Foods*, 902 F.2d 775, 779 (8th Cir. 2018).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2018