IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RAYMOND HATCHER, Individually and**            **PLAINTIFF**
**on behalf of All Others Similarly Situated**

vs.            No. 3:17-cv-190-DPM

**FRANK A. ROGERS & CO., INC.,**
**and EDWARD SCOGGINS**            **DEFENDANTS**

## ADDENDUM TO JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Raymond Hatcher, individually and on behalf of all others similarly situated, by and through his counsel Stacy Gibson and Josh Sanford of Sanford Law Firm, PLLC, and Defendants Frank A. Rogers & Co., Inc., and Edward Scoggins, by and through their attorney, Hillary L. Klein of Husch Blackwell, LLP, collectively referred to herein as the "Parties," to submit the following Addendum pursuant to the Court's Order entered in this case.

1.      The Parties are not opposed to the Settlement Agreement being filed on the public docket.

2.      In arriving at their settlement agreement, the Parties reached compromises over the number of hours worked, whether certain time reflected compensable time under the FLSA, the applicability of a three-year statute of limitations, and whether Defendants would be liable for liquidated damages.

Page 1 of 4
Raymond Hatcher, et al v. Frank A. Rogers & Co., Inc., et al
U.S.D.C. (E.D. Ark.) Case No. 3:17-cv-190-DPM
Addendum to Joint Motion for Approval of Settlement
and Dismissal with Prejudice

3. Plaintiff and opt-in Plaintiffs contend that they were paid at a straight time rate for travel time from Defendants' yard/office to Defendants' job site, even if they worked more than 40 hours in a workweek. Plaintiff and opt-in Plaintiffs also contend that they performed work for which they were not compensated at Defendants' yard/office in before leaving in the morning as well as after returning in the afternoon. Based on Defendants' records of employee travel time and assumption that Plaintiff and opt-in Plaintiffs each spent five hours onsite at the yard/office each week, Plaintiffs calculated the potential liquidated damages under a three-year statute of limitations to be $11,082.00 for Plaintiff Hatcher, $685.50 for Plaintiff Herring, $1,986.00 for Plaintiff Peoples, $2,728.50 for Plaintiff Jewell and $4,70.00 for Plaintiff Barnhill. Plaintiff's calculations of damages are attached as Exhibit 1

4. Defendants dispute that travel time from the yard/office to the job site is compensable time. Defendants also dispute that Plaintiff and opt-in Plaintiffs performed work at the yard/office before leaving in the morning or after returning in the afternoon. Based on Defendants' records of employee travel time and assumption that an employee spent .5 hours onsite at the yard/office on any day when he traveled, Defendants calculated the potential liquidated damages under a three-year statute of limitations to be $5,178.00 for Plaintiff Hatcher, $339.00 for Plaintiff Herring, $1,307.26 for Plaintiff Peoples, $1,625.26 for Plaintiff Jewell and $2,410.76 for Plaintiff Barnhill.

5. Based on the Parties' respective damage calculations set forth above, the Parties believe that each proposed amount equals a fair settlement of all outstanding overtime and liquidated damages that could reasonably be expected to be recovered at trial.

Page 2 of 4
Raymond Hatcher, et al v. Frank A. Rogers & Co., Inc., et al
U.S.D.C. (E.D. Ark.) Case No. 3:17-cv-190-DPM
Addendum to Joint Motion for Approval of Settlement
and Dismissal with Prejudice

Respectfully submitted,

**Raymond Hatcher, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

Stacy Gibson
Ark. Bar No. 2011170
stacy@sanfordlawfirm.com

/s/ Josh Sanford
Josh Sanford
Ark. Bar No. 2014171
josh@sanfordlawfirm.com

and **FRANK A. ROGERS & CO., INC., and EDWARD SCOGGINS, DEFENDANTS**

/s/ Hillary L. Klein (with permission)
Hillary L. Klein
Missouri Bar No. 53499
hillary.klein@huschblackwell.com
HUSCH BLACKWELL, LLP
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Telephone: 423-757-5950
Facsimile: 423-266-5499

Page 3 of 4
Raymond Hatcher, et al v. Frank A. Rogers & Co., Inc., et al
U.S.D.C. (E.D. Ark.) Case No. 3:17-cv-190-DPM
Addendum to Joint Motion for Approval of Settlement
and Dismissal with Prejudice

## CERTIFICATE OF SERVICE

      I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing ADDENDUM was filed via the CM/ECF system, which will provide notice to the attorney named below:

Hillary L. Klein, Esq.
hillary.klein@huschblackwell.com
HUSCH BLACKWELL, LLP
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Telephone: 423-757-5950
Facsimile: 423-266-5499

Bart E. Ziegenhorn, Esq.
bart@szblaw.com
P.O. Box 830
Telephone: 870-732-9100

                                  /s/ Josh Sanford
                                  **Josh Sanford**

**Page 4 of 4**
**Raymond Hatcher, et al v. Frank A. Rogers & Co., Inc., et al**
**U.S.D.C. (E.D. Ark.) Case No. 3:17-cv-190-DPM**
**Addendum to Joint Motion for Approval of Settlement**
**and Dismissal with Prejudice**