IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAYMOND HATCHER,
Individually and on Behalf of
All Others Similarly Situated                                    PLAINTIFF

v.                      No. 3:17-cv-190-DPM

FRANK A. ROGERS & CO, INC.;
and EDWARD SCOGGINS                                             DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 November 2018